# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

JUN 1 8 2010

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

MICHAEL JOE WILLIAMS, )
)
Petitioner, )
)
v. )      No. CIV 03-201-RAW-KEW
)
JUSTIN JONES, )
)
Respondent. )

## OPINION AND ORDER

This matter was reversed and remanded by the Tenth Circuit Court of Appeals in *Williams v. Jones*, 571 F.3d 1086, 1094 (10th Cir. 2009) [Docket #37 at 16]. After careful review of the record, the Magistrate Judge has determined the interests of justice require appointment of counsel for petitioner, if he is financially unable to obtain adequate representation. *See* 18 U.S.C. § 3006A(a)(2)(B).

**ACCORDINGLY,** petitioner is directed to complete a Financial Affidavit and to have the authorized officer at his institution complete a Statement of Institutional Accounts. Petitioner is further directed to file the two financial forms with the court within twenty (20) days, so the court can determine his eligibility for appointed counsel. The Court Clerk is directed to send petitioner the two financial forms and to send a copy of this order to petitioner's custodian and the trust fund officer at petitioner's facility.

**IT IS SO ORDERED** this 18th day of June 2010.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE